No. 225, Misc. MARTIN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Joseph Earl Jackson* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender* and *Gilbert J. Pena,* Assistant Attorneys General, for respondent.

No. 282, Misc. HOLMAN *v.* EKLUND. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Anthony M. Summers,* Deputy Attorney General, for respondent.

No. 367, Misc. BOWE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 376, Misc. HOLGUIN *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Gloria F. DeHart,* Deputy Attorney General, for respondent.

No. 484, Misc. GILMORE *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.